UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

FILED
IN CLERK'S OFFICE

2003 DEC 31 A 11: 54

U.S. DISTRICT COURT
DISTRICT OF MASS.

IN RE: REQUEST FROM THE RUSSIAN )
FEDERATION FOR LEGAL ASSISTANCE PURSUANT ) M.B.D. NO.
TO THE TREATY BETWEEN THE UNITED STATES )
OF AMERICA AND THE RUSSIAN FEDERATION ON )
MUTUAL ASSISTANCE IN CRIMINAL MATTERS ) **04 MBD 10001**
IN THE MATTER OF VLADIMIR NIKOLAYEVICH )
MAKHLAI AND EVGENIY ALEKSANDROVICH SMYKOV)

## APPLICATION FOR ORDER PURSUANT TO
## TITLE 28, UNITED STATES CODE, SECTION 1782

The United States of America petitions this Court for an Order pursuant to Title 28, United States Code, Section 1782, the Treaty between the United States of America and the Russian Federation on Mutual Assistance in Criminal Matters, and the Court's own inherent authority, appointing Assistant United States Attorney B. Stephanie Siegmann as Commissioner to collect evidence from witnesses and to take such other action as is required to execute the attached request from the Russian Federation made pursuant to the Treaty.

Respectfully submitted,

MICHAEL J. SULLIVAN
UNITED STATES ATTORNEY

By: *[signature]*
B. STEPHANIE SIEGMANN
Assistant United States Attorney

Dated: December 31, 2003